**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| ECARDLESS BANCORP, LTD. | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO: 7-22-CV-245-ADA-DTG |
| v. | § | |
| | § | |
| PAYPAL, INC., | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant*. | § | [redacted] |
| | § | |

**DECLARATION OF RACHEL KRANTZ**

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]