**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| ECARDLESS BANCORP, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL, INC.,<br><br>Defendant. | CIVIL ACTION NO. 7:22-cv-245-ADA-DTG |

**DECLARATION OF ROBERT N. KANG IN SUPPORT OF DEFENDANT PAYPAL, INC.'S MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(A)**

I, Robert N. Kang, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am an attorney with the law firm of Winston & Strawn LLP and am counsel of record for Defendant PayPal, Inc. ("PayPal"). I have personal knowledge of the matters set forth in this declaration. I offer this declaration in support of PayPal's Motion to Transfer to the Northern District of California under 28 U.S.C. § 1404(a).

2. Attached hereto as **Exhibit A** is a true and correct copy of the publicly available Business Information page for eCardless Bancorp, Ltd. retrieved from the Washington Corporations and Charities Filing System for the Office of the Secretary of State, found at https://ccfs.sos.wa.gov/#/ on Aug. 30, 2023.

3. Attached hereto as **Exhibit B** is a true and correct copy of the publicly available LinkedIn profile of Randy D. Sines, retrieved from https://www.linkedin.com/in/randy-d-sines-2845559 on Aug. 30, 2023.

4. Attached hereto as **Exhibit C** is a true and correct copy of the publicly available CommerceWA profiles of Donald Miller and eCardless Bancorp, Ltd. retrieved from https://commercewa.com/person/miller-donald/9dda8f5ca80c on Aug. 30, 2023.

5. Attached hereto as **Exhibit D** is a true and correct copy of the publicly available CommerceWA profiles of Maryanne Snyder and eCardless Bancorp, Ltd. retrieved from https://commercewa.com/person/snyder-maryanne/efc6e7d7feac on Aug. 30, 2023.

6. Attached hereto as **Exhibit E** is a true and correct copy of Ex. 1 to eCardless's Preliminary Infringement Contentions for the '862 Patent, served April 26, 2023.

7. Attached hereto as **Exhibit F** is a true and correct copy of Ex. 2 to eCardless's Preliminary Infringement Contentions for the '863 Patent, served April 26, 2023.

8. Attached hereto as **Exhibit G** is a true and correct copy of Ex. 3 to eCardless's Preliminary Infringement Contentions for the '206 Patent, served April 26, 2023.

9. Attached hereto as **Exhibit H** is a true and correct copy of Ex. 4 to eCardless's Preliminary Infringement Contentions for the '942 Patent, served April 26, 2023.

10. Attached hereto as **Exhibit I** is a true and correct copy of an excerpt of a publicly available Accurint background report for Randy D. Sines, retrieved Aug. 30, 2023.

11. Attached hereto as **Exhibit J** is a true and correct copy of the publicly available Address & Attorney Information associated with the '206 Patent, retrieved from the USPTO Patent Center (located at https://patentcenter.uspto.gov/) on Aug. 30, 2023.

12. Attached hereto as **Exhibit K** is a true and correct copy of the publicly available Address & Attorney Information associated with the '942 Patent, retrieved from the USPTO Patent Center (located at https://patentcenter.uspto.gov/) on Aug. 30, 2023.

13. Attached hereto as **Exhibit L** is a true and correct copy of the "Contact Us" page on the website of eCardless Bancorp, Ltd., retrieved from https://www.ecardless.com/contact.html on Aug. 30, 2023.

14. Attached hereto as **Exhibit M** is a true and correct copy of the publicly available LinkedIn profile of Richard Newman, retrieved from https://www.linkedin.com/in/richardhnewman on Aug. 30, 2023.

15. Attached hereto as **Exhibit N** is a true and correct copy of the distance from Google's Austin office location to Midland, TX, retrieved from Google Maps on Aug. 30, 2023.

16. Attached hereto as **Exhibit O** is a true and correct copy of the available flights from Austin, TX to Midland, TX, retrieved from Google Flights on Aug. 30, 2023.

17. Attached hereto as **Exhibit P** is a true and correct copy of the available flights from Tel Aviv, Israel to Midland, TX, retrieved from Google Flights on Aug. 30, 2023.

18. Attached hereto as **Exhibit Q** is a true and correct copy of the available flights from Tel Aviv, Israel to San Francisco, CA, retrieved from Google Flights on Aug. 30, 2023.

19. Attached hereto as **Exhibit R** is a true and correct copy of the distance from Midland, TX to PayPal's Austin office location, retrieved from Google Maps on Aug. 30, 2023.

20. Attached hereto as **Exhibit S** is a true and correct copy of the available flights from Tucson, AZ to San Francisco, CA, retrieved from Google Flights on Aug. 30, 2023.

21. Attached hereto as **Exhibit T** is a true and correct copy of the available flights from Tucson, AZ to Midland, TX, retrieved from Google Flights on Aug. 30, 2023.

22. Attached hereto as **Exhibit U** is a true and correct copy of the available flights from Minneapolis, MN to Midland, TX, retrieved from Google Flights on Aug. 30, 2023.

23. Attached hereto as **Exhibit V** is a true and correct copy of the available flights from Minneapolis, MN to San Francisco, CA, retrieved from Google Flights on Aug. 30, 2023.

24. Attached hereto as **Exhibit W** is a true and correct copy of the available flights from Minneapolis, MN to San Jose, CA, retrieved from Google Flights on Aug. 30, 2023.

25. Attached hereto as **Exhibit X** is a true and correct copy of the available flights from Las Vegas, NV to San Francisco, CA, retrieved from Google Flights on Aug. 30, 2023.

26. Attached hereto as **Exhibit Y** is a true and correct copy of the available flights from Las Vegas, NV to Midland, TX, retrieved from Google Flights on Aug. 30, 2023.

27. Attached hereto as **Exhibit Z** is a true and correct copy of the available flights from Tucson, AZ to Austin, TX, retrieved from Google Flights on Aug. 30, 2023.

28. Attached hereto as **Exhibit AA** is a true and correct copy of the available flights from Las Vegas, NV to Austin, TX, retrieved from Google Flights on Aug. 30, 2023.

29. Attached hereto as **Exhibit BB** is a true and correct copy of the publicly available website of eCardless Bancorp, Ltd., retrieved from https://www.ecardless.com/index.html on Aug. 30, 2023.

30. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 1, 2023.

*/s/ Robert N. Kang*
Robert N. Kang