IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| ECARDLESS BANCORP, LTD., | § § § | |
| Plaintiff, | § § | Civil Action No. 7:22-cv-00245-ADA-DTG |
| v. | § § | JURY TRIAL DEMANDED |
| PAYPAL, INC., | § § § | |
| Defendant. | § § | |

**ORDER ON OCTOBER 25, 2023, DISCOVERY DISPUTE**

On October 25, 2023, the Parties submitted a discovery dispute chart to the Court concerning a spreadsheet of Defendant employees. Defendant produced the spreadsheet with the employee names redacted and in a difficult-to-read PDF format. Plaintiff contends that the information is relevant, and the Court agrees as it has been produced in discovery and relied upon by Defendant's declarant. Defendant has failed to identify any privilege that would justify redacting the employee names, and Defendant's concern about employee privacy is adequately addressed by the appropriate designation under the default protective order applicable to this case. Thus, Plaintiff's requested relief is granted, and Defendant is **ORDERED** to produce an unredacted, native Excel version of the file within 7-days of this Order.

**IT IS SO ORDERED.**

**SIGNED** this  3rd  day of November, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE